WO

FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 3 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 05-6251M |
| vs. | ) | **ORDER** |
| Shane Woodruff, | ) | |
| Defendants. | ) | |

Upon motion of defense counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED withdrawing Douglas A. Passon, Assistant Federal Public Defender, as counsel of record in the above-entitled action.

IT IS FURTHER ORDERED appointing panel attorney Philip Seplow, located at 2000 N. Seventh Street, Phoenix, Arizona 85006-2307, telephone number 602-254-8817, as counsel of record for defendant Shane Woodruff, effective immediately.

IT IS FURTHER ORDERED that excludable delay under Title 18 U.S.C. §3161(h) ___ _____ will commence on _____ for a total of ___ days.

DATED this _12_ day of December, 2005.

DAVID K. DUNCAN
United States Magistrate Judge